IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELGIN M. BROWN, #195346, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 2:13cv-125-WHA |
| | ) |
| LEEPOSEY DANIELS | )         (WO) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #17), entered on October 30, 2014. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to prosecute this action and to comply with the orders of the court. Final Judgment will be entered accordingly.

DONE this 9th day of December, 2014.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE